# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS GONZALEZ, ELAINE GUZMAN,**
**GUSTAVO LOPEZ, WILFREDO O'NEILL,**
**ANGEL ORTIZ, ,**

        **Plaintiffs,**

**-vs-**                                                  **Case No. 6:09-cv-575-Orl-28GJK**

**CANAL MANAGEMENT, INC.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreements and Stipulation of Dismissal with Prejudice (Doc. No. 43) filed February 26, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 8, 2010 (Doc. No. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreements is **GRANTED** to the extent that the Court finds the parties' settlement is fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6th___ day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge